UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 MAR 22 PM 1:27
CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA
_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOSE ANGEL RODRIGUEZ (3),<br><br>               Defendant. | CASE NO. 97CR2943-JM<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Indictment:

21:841(a)(1) and 846 - Conspiracy to distribute methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 22, 2011

Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE